Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−21257−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tangella D Williams
   740 Putnam Avenue
   Lawrence Township, NJ 08648

Social Security No.:
   xxx−xx−3791

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          1/29/25
Time:          10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 21, 2024
JAN: gan

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Tangella D Williams  
    Debtor

Case No. 24-21257-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Nov 21, 2024      Form ID: 132      Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tangella D Williams, 740 Putnam Avenue, Lawrence Township, NJ 08648-4619 |
| 520454284 | + | Capital Health Medical Center, PO Box 785831, Philadelphia, PA 19178-5831 |
| 520454285 | + | Capital Health Medical Group, Attn # 17558X, PO Box 14000, Belfast, ME 04915-4033 |
| 520454286 | + | Capital Health Systems, One Capital Way, Attn: Patient Accounts, Pennington, NJ 08534-2520 |
| 520454292 | + | Complete Collection Service, 1007 North Federal Highway, # 280, Re: Penn Medicine Physicians, Fort Lauderdale, FL 33304-1422 |
| 520454293 | + | Cooper Pest Solutions, PO Box 22302, Attn: Collections, Re: # 226087, New York, NY 10087-0001 |
| 520454298 | + | Emerg Med Assoc- CHS, PO Box 80232, Philadelphia, PA 19101-1232 |
| 520454299 | + | Exact Sciences, PO Box 981006, Boston, MA 02298-1006 |
| 520454304 | + | Maniya Health Medical Group, 1078 White Horse Avenue, Attn: Collections, Hamilton, NJ 08610-1425 |
| 520454305 | + | Mariam Maniya Internal Medicine, 1078 White Horse Avenue, Attn: Collections, Hamilton, NJ 08610-1425 |
| 520454310 | ++ | NEW JERSEY HEALTHCARE SPECIALISTS, PO BOX 412138, BOSTON MA 02241-2138 address filed with court:, NJ Healthcare Specialists, PO Box 412138, Boston, MA 02241 |
| 520454311 | + | NJHMFA, 637 South Clinton Avenue, PO Box 18550, Trenton, NJ 08650-2085 |
| 520454313 | + | Penn Dental Medicine, Central Billing Office, 240 South 40th Street, Philadelphia, PA 19104-6030 |
| 520454322 | + | ProCo, 382 Main Street, Re: Jefferson Health Physicians, Salem, NH 03079-2412 |
| 520454323 | + | ProCo, PO Box 2462, Re: Jefferson Health Physicians, Aston, PA 19014-0462 |
| 520454325 | + | Radiolgy Affiliates Imaging, PO Box 786327, Philadelphia, PA 19178-6327 |
| 520454331 | + | Wakefield & Assoc., 320 North Cedar Bluff Drive, Suite 300, Re: Emergency Phys Svc of NJ, Knoxville, TN 37923-4513 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 21 2024 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 21 2024 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520454280 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 21 2024 20:49:20 | Ally Credit Card, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 520454281 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 21 2024 20:36:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 520454282 | ^ | MEBN | Nov 21 2024 20:35:14 | Arcadia Recovery Bureau, PO Box 6768, Re: Capital Health Systems, Reading, PA 19610-0768 |
| 520454283 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 21 2024 20:37:00 | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 520454287 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 21 2024 20:49:31 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |

Case 24-21257-MBK    Doc 13    Filed 11/23/24    Entered 11/24/24 00:12:57    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 21, 2024 | Form ID: 132 | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| 520454288 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 21 2024 20:49:16 | Capital One (Neiman & Marcus), PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520454289 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 21 2024 20:49:27 | Capital One Auto, PO Box 259407, Plano, TX 75025-9407 |
| 520459219 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 21 2024 20:49:43 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520454290 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 21 2024 20:49:25 | Carson Smithfield, PO Box 9216, RE: Merrick, Old Bethpage, NY 11804-9016 |
| 520454291 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2024 20:37:00 | Comenity Capital (Modells), PO Box 182120, Columbus, OH 43218-2120 |
| 520454294 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 21 2024 20:37:00 | Credit Collection Services, 725 Canton Street, Re: Quest Diagnostics, Norwood, MA 02062-2609 |
| 520454295 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 21 2024 20:49:17 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520454296 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Nov 21 2024 20:49:34 | DEPT OF ED / AIDVANTAGE, 1891 METRO CENTER DR, Reston, VA 20190-5287 |
| 520454297 | | Email/Text: customersupport@elevaterecoveries.com | Nov 21 2024 20:36:00 | Elevate Recoveries, PO Box 910009, Re: UMCP at Plainsboro Ed NJ, Sherman, TX 75091 |
| 520454300 | | Email/Text: bankruptcy@frost-arnett.com | Nov 21 2024 20:36:00 | Frost-Arnett, PO Box 198988, Re: NJ Healthcare Specialists, Nashville, TN 37219 |
| 520454301 | + | Email/Text: Harris@ebn.phinsolutions.com | Nov 21 2024 20:37:00 | Harris & Harris, 111 West Jackson Blvd, Suite 400, RE: Childrens Hospital of Phila, Chicago, IL 60604-4135 |
| 520454302 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 21 2024 20:37:00 | Hyundai Motor Finance, 4000 MacArthur Blvd., Ste 1000, Newport Beach, CA 92660-2544 |
| 520454303 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2024 20:49:31 | LVNV Funding, 625 PILOT ROAD, SUITE 2/3, Re: Credit One, Las Vegas, NV 89119-4485 |
| 520454307 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 21 2024 20:49:12 | Merrick Bank, PO Box 5721, Hicksville, NY 11802 |
| 520454308 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 21 2024 20:37:00 | Midland Credit Management, Inc., 1 RIVERFRONT PLAZA, SUITE 310, Re: DC-2308-23, Newark, NJ 07102-5412 |
| 520454309 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 21 2024 20:37:00 | Midland Credit Mngmt., 350 Camino De La Reina, Suite 100, Re: Syncb, San Diego, CA 92108-3007 |
| 520454312 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 21 2024 20:49:31 | Ollo Card Services, PO Box 660371, Dallas, TX 75266-0371 |
| 520454318 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 21 2024 20:49:40 | Portfolio Recovery Assoc., 120 Corporate Boulevard, Suite 100, Re: Barclays; Comenity, Norfolk, VA 23502 |
| 520454317 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 21 2024 20:49:17 | Portfolio Recovery Assoc., 120 Corporate Boulevard, Suite 100, Re: Comenity, Norfolk, VA 23502 |
| 520454321 | | Email/Text: signed.order@pfwattorneys.com | Nov 21 2024 20:36:00 | Pressler & Pressler, Re: Midland Funding; DC 6697-19, 7 Entin Road, Parsippany, NJ 07054 |
| 520454320 | | Email/Text: signed.order@pfwattorneys.com | Nov 21 2024 20:36:00 | Pressler & Pressler, Re: Midland Funding; DC 3632-19, 7 Entin Road, Parsippany, NJ 07054 |
| 520454319 | | Email/Text: signed.order@pfwattorneys.com | Nov 21 2024 20:36:00 | Pressler & Pressler, Re: LVNV; DC 41-22, 7 Entin Road, Parsippany, NJ 07054 |
| 520454314 | ^ | MEBN | Nov 21 2024 20:36:05 | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 520454315 | ^ | MEBN | | |

Case 24-21257-MBK    Doc 13    Filed 11/23/24    Entered 11/24/24 00:12:57    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 21, 2024 | Form ID: 132 | Total Noticed: 58 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 21 2024 20:36:06 | Penn Medicine, Patient Pay, PO Box 824406, Philadelphia, PA 19182-4406 |
| 520454316 | + | Email/Text: pcabkt@phillips-cohen.com | Nov 21 2024 20:36:00 | Phillips & Cohen, 1002 Justison Street, Re: Merrick, Wilmington, DE 19801-5148 |
| 520454324 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Nov 21 2024 20:37:00 | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 520454326 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 21 2024 20:37:00 | SPS, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520454329 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 21 2024 20:49:19 | SYNCB/TJX, PO Box 965005, Orlando, FL 32896-5005 |
| 520454327 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 21 2024 20:49:16 | Syncb/Pay Pal, PO Box 960080, Orlando, FL 32896-0080 |
| 520454328 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 21 2024 20:49:27 | Syncb/Sam's Club, PO Box 965001, Orlando, FL 32896-5001 |
| 520454330 | + | Email/Text: bncmail@w-legal.com | Nov 21 2024 20:37:00 | Target, PO Box 59317, Minneapolis, MN 55459-0317 |
| 520454334 | ^ | MEBN | Nov 21 2024 20:35:17 | Weltman Werinberg & Reis, 520 Walnut Street, Suite 1355, Re: Comenity; Barclays, Philadelphia, PA 19106-3602 |
| 520454333 | ^ | MEBN | Nov 21 2024 20:35:16 | Weltman Werinberg & Reis, 520 Walnut Street, Suite 1355, Re: Portfolio Recovery; DC 2887-20, Philadelphia, PA 19106-3602 |
| 520454332 | ^ | MEBN | Nov 21 2024 20:35:17 | Weltman Werinberg & Reis, 520 Walnut Street, Suite 1355, Re: Portfolio Recovery; DC 992-20, Philadelphia, PA 19106-3602 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520454306 | ##+ | Mariam Maniya, MD, 941 White Horse Avenue, Suite 5, Hamilton, NJ 08610-1407 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 23, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2024 at the address(es) listed below:

**Name**          **Email Address**

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Nov 21, 2024 | Form ID: 132 | Total Noticed: 58

Albert Russo
    docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John Zimnis
    on behalf of Debtor Tangella D Williams njbankruptcylaw@aol.com.

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 4