| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 24-21257 / MBK**

Tangella D Williams

Petition Filed Date: 11/12/2024
341 Hearing Date: 12/12/2024
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/23/2024 | $220.00 | 10126452 | | | | | | |

**Total Receipts for the Period:  $220.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $440.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Tangella D Williams | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | John Zimnis, Esq. | Attorney Fees | $3,650.00 | $0.00 | $3,650.00 |
| | | Hold Funds: Reserve | | | |
| 1 | CAPITAL ONE AUTO FINANCE<br>»»  2020 HYUNDAI IONIQ | Debt Secured by Vehicle | $1,787.00 | $0.00 | $0.00 |
| 2 | ALLY BANK | Unsecured Creditors | $3,733.62 | $0.00 | $0.00 |
| 3 | HYUNDAI CAPITAL AMERICA (HCA)<br>»»  LEASE/2016 HYUNDAI ELANTRA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | TD BANK USA, NA | Unsecured Creditors | $1,291.49 | $0.00 | $0.00 |
| 5 | FEDERAL HOME LOAN MORTGAGE CORP<br>»»  P/740 PUTNAM AVE/1ST MTG | Mortgage Arrears | $7,436.90 | $0.00 | $0.00 |
| 6 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  SAMS CLUBPERSONAL CREDIT | Unsecured Creditors | $489.13 | $0.00 | $0.00 |
| 7 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  PAYPAL CREDIT | Unsecured Creditors | $1,267.16 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,107.01 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  FRONTIER | Unsecured Creditors | $3,146.92 | $0.00 | $0.00 |
| 10 | SYNCHRONY BANK BY AIS INFOSOURCE, LP AS AGENT<br>»»  TJX REWARDS CC | Unsecured Creditors | $125.93 | $0.00 | $0.00 |
| 11 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  SYNCHRONY BANK/SAM'S CLUB CREDIT | Unsecured Creditors | $453.02 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-21257 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $440.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $220.00 |
| Paid to Trustee: | $37.40 | Arrearages: | $0.00 |
| Funds on Hand: | $402.60 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

