UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-1(b)

Lavin, Cedrone, Graver, Boyd & DiSipio
Formed in the State of PA
Regina Cohen
190 North Independence Mall West 6th &
Race Streets
Suite 500
Philadelphia, PA 19106
Tel: (215) 351-7551
Fax: (215) 627-2551
E-mail: RCohen@lavin-law.com
Attorney for Creditor

**IN RE:**

**Tangella D Williams**

**Debtor**

Case No.: 24-21257-MBK

Chapter 13

Hearing Date: 01/29/2025 at 10:00 AM

Judge: Michael B. Kaplan

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

✓ Settled          ☐ Withdrawn

Matter: Capital One Auto Finance, a division of Capital One, N.A.'s Objection to Confirmation of Chapter 13 Plan

DATE:

*/s/ Regina Cohen*
Signature