Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 24−21257−MBK
> Chapter: 13
> Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tangella D Williams
   740 Putnam Avenue
   Lawrence Township, NJ 08648

Social Security No.:
   xxx−xx−3791

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 31, 2025.

Dated: January 31, 2025
JAN: wiq

> Jeanne Naughton
> Clerk

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 24-21257-MBK
Tangella D Williams   Chapter 13
　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　　　　　　　　User: admin　　　　　　　　　　Page 1 of 4
Date Rcvd: Jan 31, 2025　　　　　　　　　Form ID: plncf13　　　　　　　　　Total Noticed: 68

The following symbols are used throughout this certificate:
**Symbol**　**Definition**

+　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++　Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##　Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tangella D Williams, 740 Putnam Avenue, Lawrence Township, NJ 08648-4619 |
| 520454284 | + | Capital Health Medical Center, PO Box 785831, Philadelphia, PA 19178-5831 |
| 520454285 | + | Capital Health Medical Group, Attn # 17558X, PO Box 14000, Belfast, ME 04915-4033 |
| 520454286 | + | Capital Health Systems, One Capital Way, Attn: Patient Accounts, Pennington, NJ 08534-2520 |
| 520454292 | + | Complete Collection Service, 1007 North Federal Highway, # 280, Re: Penn Medicine Physicians, Fort Lauderdale, FL 33304-1422 |
| 520454293 | + | Cooper Pest Solutions, PO Box 22302, Attn: Collections, Re: # 226087, New York, NY 10087-0001 |
| 520454298 | + | Emerg Med Assoc- CHS, PO Box 80232, Philadelphia, PA 19101-1232 |
| 520454299 | + | Exact Sciences, PO Box 981006, Boston, MA 02298-1006 |
| 520454304 | + | Maniya Health Medical Group, 1078 White Horse Avenue, Attn: Collections, Hamilton, NJ 08610-1425 |
| 520454305 | + | Mariam Maniya Internal Medicine, 1078 White Horse Avenue, Attn: Collections, Hamilton, NJ 08610-1425 |
| 520454310 | ++ | NEW JERSEY HEALTHCARE SPECIALISTS, PO BOX 412138, BOSTON MA 02241-2138 address filed with court:, NJ Healthcare Specialists, PO Box 412138, Boston, MA 02241 |
| 520454311 | + | NJHMFA, 637 South Clinton Avenue, PO Box 18550, Trenton, NJ 08650-2085 |
| 520454313 | + | Penn Dental Medicine, Central Billing Office, 240 South 40th Street, Philadelphia, PA 19104-6030 |
| 520454322 | + | ProCo, 382 Main Street, Re: Jefferson Health Physicians, Salem, NH 03079-2412 |
| 520454323 | + | ProCo, PO Box 2462, Re: Jefferson Health Physicians, Aston, PA 19014-0462 |
| 520454325 | + | Radiolgy Affiliates Imaging, PO Box 786327, Philadelphia, PA 19178-6327 |
| 520454331 | + | Wakefield & Assoc., 320 North Cedar Bluff Drive, Suite 300, Re: Emergency Phys Svc of NJ, Knoxville, TN 37923-4513 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 31 2025 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 31 2025 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520493062 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 31 2025 20:59:37 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520454280 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 31 2025 21:13:33 | Ally Credit Card, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 520454281 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 31 2025 20:56:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 520454282 | ^ | MEBN | Jan 31 2025 20:51:59 | Arcadia Recovery Bureau, PO Box 6768, Re: Capital Health Systems, Reading, PA 19610-0768 |
| 520454283 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 31 2025 20:57:00 | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |

Case 24-21257-MBK    Doc 26    Filed 02/02/25    Entered 02/03/25 00:13:21    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 31, 2025 | Form ID: plncf13 | Total Noticed: 68 |

| | | | | |
|---|---|---|---|---|
| 520454287 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2025 21:25:55 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520454288 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2025 21:01:00 | Capital One (Neiman & Marcus), PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520454289 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 31 2025 20:59:42 | Capital One Auto, PO Box 259407, Plano, TX 75025-9407 |
| 520459219 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2025 21:00:03 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520475435 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2025 21:01:05 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520454290 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 31 2025 20:59:44 | Carson Smithfield, PO Box 9216, RE: Merrick, Old Bethpage, NY 11804-9016 |
| 520454291 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 31 2025 20:58:00 | Comenity Capital (Modells), PO Box 182120, Columbus, OH 43218-2120 |
| 520454294 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 31 2025 20:58:00 | Credit Collection Services, 725 Canton Street, Re: Quest Diagnostics, Norwood, MA 02062-2609 |
| 520454295 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 31 2025 20:59:46 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520454296 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 31 2025 20:59:41 | DEPT OF ED / AIDVANTAGE, 1891 METRO CENTER DR, Reston, VA 20190-5287 |
| 520454297 | | Email/Text: customersupport@elevaterecoveries.com | Jan 31 2025 20:57:00 | Elevate Recoveries, PO Box 910009, Re: UMCP at Plainsboro Ed NJ, Sherman, TX 75091 |
| 520454300 | | Email/Text: bankruptcy@frost-arnett.com | Jan 31 2025 20:56:00 | Frost-Arnett, PO Box 198988, Re: NJ Healthcare Specialists, Nashville, TN 37219 |
| 520509158 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 31 2025 20:59:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520454301 | + | Email/Text: Harris@ebn.phinsolutions.com | Jan 31 2025 20:59:00 | Harris & Harris, 111 West Jackson Blvd, Suite 400, RE: Childrens Hospital of Phila, Chicago, IL 60604-4135 |
| 520496284 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 31 2025 20:58:00 | Hyundai Lease Titling Trust, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 520454302 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 31 2025 20:58:00 | Hyundai Motor Finance, 4000 MacArthur Blvd., Ste 1000, Newport Beach, CA 92660-2544 |
| 520511128 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 31 2025 20:58:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520454303 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2025 21:00:57 | LVNV Funding, 625 PILOT ROAD, SUITE 2/3, Re: Credit One, Las Vegas, NV 89119-4485 |
| 520512585 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2025 20:59:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520454307 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 31 2025 21:00:01 | Merrick Bank, PO Box 5721, Hicksville, NY 11802 |
| 520454308 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 31 2025 20:58:00 | Midland Credit Management, Inc., 1 RIVERFRONT PLAZA, SUITE 310, Re: DC-2308-23, Newark, NJ 07102-5412 |
| 520526070 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 31 2025 20:58:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520454309 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 31 2025 20:58:00 | Midland Credit Mngmt., 350 Camino De La Reina, Suite 100, Re: Syncb, San Diego, CA 92108-3007 |
| 520454312 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

Case 24-21257-MBK   Doc 26   Filed 02/02/25   Entered 02/03/25 00:13:21   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 31, 2025 | Form ID: plncf13 | Total Noticed: 68 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 31 2025 21:00:49 | Ollo Card Services, PO Box 660371, Dallas, TX 75266-0371 |
| 520521914 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 31 2025 20:59:45 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, NORFOLK VA 23541 |
| 520454318 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 31 2025 20:59:40 | Portfolio Recovery Assoc., 120 Corporate Boulevard, Suite 100, Re: Barclays; Comenity, Norfolk, VA 23502 |
| 520454317 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 31 2025 21:13:50 | Portfolio Recovery Assoc., 120 Corporate Boulevard, Suite 100, Re: Comenity, Norfolk, VA 23502 |
| 520454321 | | Email/Text: signed.order@pfwattorneys.com | Jan 31 2025 20:56:00 | Pressler & Pressler, Re: Midland Funding; DC 6697-19, 7 Entin Road, Parsippany, NJ 07054 |
| 520454320 | | Email/Text: signed.order@pfwattorneys.com | Jan 31 2025 20:56:00 | Pressler & Pressler, Re: Midland Funding; DC 3632-19, 7 Entin Road, Parsippany, NJ 07054 |
| 520454319 | | Email/Text: signed.order@pfwattorneys.com | Jan 31 2025 20:56:00 | Pressler & Pressler, Re: LVNV; DC 41-22, 7 Entin Road, Parsippany, NJ 07054 |
| 520454314 | ^ | MEBN | Jan 31 2025 20:52:11 | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 520454315 | ^ | MEBN | Jan 31 2025 20:52:11 | Penn Medicine, Patient Pay, PO Box 824406, Philadelphia, PA 19182-4406 |
| 520454316 | + | Email/Text: pcabkt@phillips-cohen.com | Jan 31 2025 20:57:00 | Phillips & Cohen, 1002 Justison Street, Re: Merrick, Wilmington, DE 19801-5148 |
| 520454324 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Jan 31 2025 20:58:00 | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 520454326 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 31 2025 20:59:00 | SPS, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520454329 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2025 21:13:49 | SYNCB/TJX, PO Box 965005, Orlando, FL 32896-5005 |
| 520454327 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2025 21:00:03 | Syncb/Pay Pal, PO Box 960080, Orlando, FL 32896-0080 |
| 520454328 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2025 21:00:29 | Syncb/Sam's Club, PO Box 965001, Orlando, FL 32896-5001 |
| 520525564 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2025 20:59:40 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520505810 | | Email/Text: bncmail@w-legal.com | Jan 31 2025 20:58:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520454330 | + | Email/Text: bncmail@w-legal.com | Jan 31 2025 20:58:00 | Target, PO Box 59317, Minneapolis, MN 55459-0317 |
| 520454334 | ^ | MEBN | Jan 31 2025 20:52:01 | Weltman Werinberg & Reis, 520 Walnut Street, Suite 1355, Re: Comenity; Barclays, Philadelphia, PA 19106-3602 |
| 520454333 | ^ | MEBN | Jan 31 2025 20:52:00 | Weltman Werinberg & Reis, 520 Walnut Street, Suite 1355, Re: Portfolio Recovery; DC 2887-20, Philadelphia, PA 19106-3602 |
| 520454332 | ^ | MEBN | Jan 31 2025 20:52:00 | Weltman Werinberg & Reis, 520 Walnut Street, Suite 1355, Re: Portfolio Recovery; DC 992-20, Philadelphia, PA 19106-3602 |

TOTAL: 51

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

Case 24-21257-MBK    Doc 26    Filed 02/02/25    Entered 02/03/25 00:13:21    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 31, 2025 | Form ID: plncf13 | Total Noticed: 68 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520454306 | ##+ | Mariam Maniya, MD, 941 White Horse Avenue, Suite 5, Hamilton, NJ 08610-1407 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2025         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2025 at the address(es) listed below:**

**Name**            **Email Address**

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John Zimnis
on behalf of Debtor Tangella D Williams njbankruptcylaw@aol.com.

Regina Cohen
on behalf of Debtor Tangella D Williams rcohen@lavin-law.com mmalone@lavin-law.com

Regina Cohen
on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6