UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-1(b)

Lavin, Cedrone, Graver, Boyd & DiSipio
Formed in the State of PA
Regina Cohen
190 North Independence Mall West 6th &
Race Streets
Suite 500
Philadelphia, PA 19106
Tel: (215) 351-7551
Fax: (215) 627-2551
E-mail: RCohen@lavin-law.com
Attorney for Creditor

IN RE:

**Tangella D Williams**

**Debtor**

Order Filed on February 6, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 24-21257-MBK

Chapter 13

Judge: Michael B. Kaplan

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN BY SECURED CREDITOR, CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: February 6, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: Tangella D Williams
Case No.: 24-21257-MBK
Caption of Order: CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION
OF CHAPTER 13 PLAN BY SECURED CREDITOR, CAPITAL ONE AUTO FINANCE,
A DIVISION OF CAPITAL ONE, N.A.

Capital One Auto Finance, a division of Capital One, N.A. (the "Creditor"), who is the

current holder of a Retail Installment Sale Contract and Security Agreement which is secured by a

2020 HYUNDAI IONIQ HYBRID, VIN: KMHC65LC8LU214662 and Debtor, by and through

their undersigned counsel, have agreed to the following with respect to the Objection to

Confirmation of Chapter 13 Plan filed by Creditor.

**IT IS THEREFORE ORDERED** that the surrender of the Vehicle is not in full

satisfaction of the Creditor's claim, and that Creditor may file an unsecured deficiency claim which

will be paid with the other unsecured creditors as long as that claim is filed within 180 days of

confirmation.


_Regina Cohen_
_____
Regina Cohen
Attorney for Capital One
Auto Finance, a division of
Capital One, N.A.

_/s/ John Zimny_
_____
John Zimnis
Attorney for Debtor