UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-1(b)

Lavin, Cedrone, Graver, Boyd & DiSipio
Formed in the State of PA
Regina Cohen
190 North Independence Mall West 6th &
Race Streets
Suite 500
Philadelphia, PA 19106
Tel: (215) 351-7551
Fax: (215) 627-2551
E-mail: RCohen@lavin-law.com
Attorney for Creditor



Order Filed on February 6, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

**Tangella D Williams**

Debtor

Case No.: 24-21257-MBK

Chapter 13

Judge: Michael B. Kaplan

### CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN BY SECURED CREDITOR, CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: February 6, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: Tangella D Williams
Case No.: 24-21257-MBK
Caption of Order: CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN BY SECURED CREDITOR, CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.

Capital One Auto Finance, a division of Capital One, N.A. (the "Creditor"), who is the current holder of a Retail Installment Sale Contract and Security Agreement which is secured by a 2020 HYUNDAI IONIQ HYBRID, VIN: KMHC65LC8LU214662 and Debtor, by and through their undersigned counsel, have agreed to the following with respect to the Objection to Confirmation of Chapter 13 Plan filed by Creditor.

**IT IS THEREFORE ORDERED** that the surrender of the Vehicle is not in full satisfaction of the Creditor's claim, and that Creditor may file an unsecured deficiency claim which will be paid with the other unsecured creditors as long as that claim is filed within 180 days of confirmation.

_____
Regina Cohen
Attorney for Capital One
Auto Finance, a division of
Capital One, N.A.

/s/ John Zimnis
_____
John Zimnis
Attorney for Debtor

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-21257-MBK

Tangella D Williams  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 07, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tangella D Williams, 740 Putnam Avenue, Lawrence Township, NJ 08648-4619 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2025          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John Zimnis | on behalf of Debtor Tangella D Williams njbankruptcylaw@aol.com. |
| Regina Cohen | on behalf of Debtor Tangella D Williams rcohen@lavin-law.com mmalone@lavin-law.com |
| Regina Cohen | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 07, 2025 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6