| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>700 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Federal Home Loan Mortgage Corp., et al. |

| | |
|---|---|
| In Re:<br><br>Tangela Williams,<br><br>Debtor | Case No.:        24-21257-MBK<br>Chapter:                  13<br>Hearing Date:     6/25/2025<br>Judge:                  Kaplan |

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter:  Motion for Relief re: 740 Putnam Avenue (Docket # 30)

Date: 3/5/2025                                           /s/ Denise Carlon
                                                                    Signature

*rev.8/1/15*