**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Hamilton, NJ 08619
(609) 581-9353

In re:
TANGELLA WILLIAMS

Debtors

**Order Filed on July 18, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 24-21257

Chapter 13

Judge: Kaplan

# ORDER GRANTING ADDITIONAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: July 18, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(page 2)**
Debtor:  Tangella Williams
Case No.:  24-21257  MBK
Caption:  Order Granting Additional Chapter 13 Fees

     The applicant having certified (pursuant to D.NJ LBR 2016-5) that legal work in addition to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

     ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $400 for services rendered and expenses in the amount of $0 for a total of $400. The allowance shall be payable:

    ___x___  through the Chapter 13 Plan as an administrative priority from funds on hand
    _____  outside the Plan

     The debtor's monthly Plan is modified, thus the debtor will start to pay $305 per month for the remaining 53 months to allow for payment of aforesaid fee.