Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 24-21257 / MBK**

Tangella D Williams

Petition Filed Date: 11/12/2024
341 Hearing Date: 12/12/2024
Confirmation Date: 01/29/2025

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2025 | $220.00 | 10163022 | 02/18/2025 | $295.00 | I1MR6JTYRX-I | 03/14/2025 | $295.00 | I1V1G12Y0S-F |
| 04/16/2025 | $295.00 | I13RG04B88-P | 05/20/2025 | $295.00 | I1XGL91XN6-F | 06/23/2025 | $295.00 | I19GLF3LN0-P |
| 07/17/2025 | $295.00 | I1D1L4N2WL-I | 08/21/2025 | $305.00 | I1PGF1QP4R-I | 09/18/2025 | $305.00 | I1NRFBZWQT- |
| 10/22/2025 | $305.00 | I12GSVNLQW- | 11/19/2025 | $305.00 | I11RSRKWMF- | 12/29/2025 | $305.00 | I18LSWC5Q0-I |
| 01/28/2026 | $305.00 | I85ZCJM1QW- | | | | | | |

**Total Receipts for the Period: $3,820.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $4,040.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Tangella D Williams | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | John Zimnis, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,650.00 | $3,124.53 | $525.47 |
| 1 | CAPITAL ONE AUTO FINANCE<br>»» 2020 HYUNDAI IONIQ/CONSENT ORDER 2/6/2 | Debt Secured by Vehicle<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 2 | MERRICK BANK<br>»» ALLY | Unsecured Creditors | $3,733.62 | $0.00 | $3,733.62 |
| 3 | HYUNDAI CAPITAL AMERICA (HCA)<br>»» LEASE/2016 HYUNDAI ELANTRA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | TD BANK USA, NA | Unsecured Creditors | $1,291.49 | $0.00 | $1,291.49 |
| 5 | FEDERAL HOME LOAN MORTGAGE CORP<br>»» P/740 PUTNAM AVE/1ST MTG | Mortgage Arrears | $7,436.90 | $0.00 | $7,436.90 |
| 6 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SAMS CLUBPERSONAL CREDIT | Unsecured Creditors | $489.13 | $0.00 | $489.13 |
| 7 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» PAYPAL CREDIT | Unsecured Creditors | $1,267.16 | $0.00 | $1,267.16 |
| 8 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,107.01 | $0.00 | $2,107.01 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» FRONTIER | Unsecured Creditors | $3,146.92 | $0.00 | $3,146.92 |
| 10 | SYNCHRONY BANK BY AIS INFOSOURCE, LP AS AGENT<br>»» TJX REWARDS CC | Unsecured Creditors | $125.93 | $0.00 | $125.93 |

**Chapter 13 Case No. 24-21257 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 11 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK/SAM'S CLUB CREDIT | Unsecured Creditors | $453.02 | $0.00 | $453.02 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» MODELLS | Unsecured Creditors | $925.91 | $0.00 | $925.91 |
| 13 | AIDVANTAGE ON BEHALF OF<br>»» STUDENT LOANS O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 0 | John Zimnis, Esq.<br>»» ORDER 7/18/25 | Attorney Fees | $400.00 | $303.04 | $96.96 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,040.00 | Plan Balance: | $13,954.00 ** |
| Paid to Claims: | $3,427.57 | Current Monthly Payment: | $305.00 |
| Paid to Trustee: | $330.00 | Arrearages: | $305.00 |
| Funds on Hand: | $282.43 | Total Plan Base: | $17,994.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**