UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:                                                                CASE NO.: 24-21257
                                                                           CHAPTER 13
**Tangella D Williams,**
   **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
Attorney for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Cory Woerner
    Cory Woerner
    Email: cwoerner@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 16, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

TANGELLA D WILLIAMS
740 PUTNAM AVENUE
LAWRENCE TOWNSHIP, NJ 08648

And via electronic mail to:

John Zimnis
Law Offices of Peter E. Zimnis
1245 Whitehorse-Mercerville Road
Suite 412
Trenton, NJ 08619

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE, CN 4853
TRENTON, NJ 08650

U.S. TRUSTEE
US DEPT OF JUSTICE, OFFICE OF THE US TRUSTEE, ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102


By: /s/ Angela Zuelke